UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARDANT HEALTH, INC., <br>     Plaintiff, <br> v. <br> FOUNDATION MEDICINE, INC., <br>     Defendant. | Case No.17-cv-03590-JSC <br><br> **ORDER RE: PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL** <br> Re: Dkt. Nos. 31, 55, 61 |

Plaintiff's Motion to Disqualify Ropes & Gray was accompanied by unopposed administrative motions to file the motion, opposition, and reply briefs, as well as portions of the declarations and exhibits thereto under seal. (Dkt. Nos. 31, 55, 61.)  As noted on the record at the hearing on the motion to disqualify on October 26, 2017, the motions to seal are DENIED as they are not narrowly tailored to only seek sealing of information that is truly confidential.  *See* Civ. L.R. 79-5(b).  Plaintiff has waived attorney client privilege with respect to the communications which form the basis for its motion to disqualify.  To the extent that Plaintiff contends that there is information which is otherwise confidential—trade secret or otherwise—Plaintiff may amend its request for sealing to narrowly tailor it to this information.

**Plaintiff shall refile its motion to seal in accordance with this Order by November 3, 2017.**

**IT IS SO ORDERED.**

Dated: October 30, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge