1   DAVID H. BERNSTEIN (NY Bar No. 2341071) (appearance *pro hac vice*)
    JEREMY FEIGELSON (NY Bar No. 2518421) (appearance *pro hac vice*)
2   RUSHMI BHASKARAN (NY Bar No. 4794111) (admitted *pro hac vice*)
    AMANDA BARTLETT (NY Bar No. 4793402) (admitted *pro hac vice*)
3   **DEBEVOISE & PLIMPTON LLP**
    919 Third Avenue
4   New York, New York 10022
    Tel:   (212) 909-6000
5   Fax:   (212) 909-6836
    Email: dhbernstein@debevoise.com
6   Email: jfeigelson@debevoise.com
    Email: rbhaskaran@debevoise.com
7   Email: ambartlett@debevoise.com

8   MARK R. CONRAD (CA Bar No. 255667)
    WARREN METLITZKY (CA Bar No. 220758)
9   **CONRAD & METLITZKY LLP**
    Four Embarcadero Center, Suite 1400
10  San Francisco, CA 94111
    Tel:   (415) 343-7100
11  Fax:   (415) 343-7101
    Email: mconrad@conradmetlitzky.com
12  Email: wmetlitzky@conradmetlitzky.com

13  Attorneys for Defendant/Counterclaimant
    FOUNDATION MEDICINE, INC.
14

15

16                   UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                      SAN FRANCISCO DIVISION

19

20  GUARDANT HEALTH, INC.,                    CASE NO. C 17-03590-JSC

21          Plaintiff/Counterdefendant,       **SURREPLY DECLARATION OF**
                                               **AMANDA M. BARTLETT IN SUPPORT**
22       v.                                    **OF FOUNDATION MEDICINE, INC.'S**
                                               **SURREPLY MEMORANDUM**
23  FOUNDATION MEDICINE, INC.,

24          Defendant/Counterclaimant.         Date:      March 14, 2018
                                               Time:      9:00 a.m.
25                                             Judge:     Hon. Jacqueline Scott Corley
                                               Courtroom: Courtroom F, 15th Floor
26
                                               **[PUBLIC REDACTED VERSION]**
27

28

1  I, AMANDA M. BARTLETT, hereby declare as follows:

2      1.    I have been admitted *pro hac vice* to appear before this Court. I am an associate at

3  Debevoise & Plimpton LLP, counsel to the Defendant/Counterclaimant in this action. I submit this

4  declaration in support of Defendant/Counterclaimant Foundation Medicine, Inc.'s Surreply

5  Memorandum. The exhibit numbers in this Declaration continue from the point at which my earlier

6  filed Declaration ended.

7      2.    Attached hereto as **Exhibit 43** are additional true and correct excerpts from the transcript

8  of the deposition of Dr. Helmy Eltoukhy in the above-captioned matter.

9      3.    Attached hereto as **Exhibit 44** are additional true and correct excerpts from the transcript

10  of the deposition of Mark Jacobstein in the above-captioned matter.

11      4.    Attached hereto as **Exhibit 45** is a true and correct copy of a document produced by

12  Foundation Medicine, Inc. in this matter bearing bates numbers FMI00001249-50.

13      5.    Attached hereto as **Exhibit 46** are additional true and correct excerpts from the transcript

14  of the deposition of Dr. Victoria Wang in the above-captioned matter.

15      6.    Attached hereto as **Exhibit 47** is a true and correct excerpt of a spreadsheet produced by

16  Guardant Health, Inc. in this matter bearing bates number GHI00001139, accompanied by a chart

17  prepared by FMI's counsel based on the contents of that excerpt.

18      7.    Attached hereto as **Exhibit 48** are true and correct excerpts from the transcript of the

19  deposition of Dr. Philip Stephens in the above-captioned matter.

20      8.    Attached hereto as **Exhibit 49** are additional true and correct excerpts from the transcript

21  of the deposition of Dr. Siraj Mahamed Ali in the above-captioned matter.

22      9.    Attached hereto as **Exhibit 50** is a true and correct copy of a document produced by

23  Guardant Health, Inc. in this matter bearing bates numbers GHI00037189-91.

24      10.    Attached hereto as **Exhibit 51** is a true and correct copy the list of speakers who

25  participated in the World CB&CDx 2017 Conference, retrieved from http://world-

26  cdx.com/about/speakers/ on February 27, 2018.

27      11.    Attached hereto as **Exhibit 52** is a true and correct copy of a document produced by

28  Guardant Health, Inc. in this matter bearing bates numbers GHI00074814-15.

1     12.     Attached hereto as **Exhibit 53** is a true and correct copy of a document produced by

2   Guardant Health, Inc. in this matter bearing bates numbers GHI00037501-02.

3     13.     Attached hereto as **Exhibit 54** are additional true and correct excerpts from the transcript

4   of the deposition of Dr. Garrett Frampton in the above-captioned matter.

5     14.     Attached hereto as **Exhibit 55** is a true and correct copy of a document produced by

6   Foundation Medicine, Inc. in this matter bearing bates numbers FMI00087352-53.

7     15.     Attached hereto as **Exhibit 56** is a true and correct copy of Exhibit 7 to the Declaration of

8   Dr. Garrett Frampton, dated December 22, 2017, submitted in support of Foundation Medicine Inc.'s

9   Motion for Preliminary Injunction in the above-captioned matter.  (ECF. No. 111-1).

10     16.     Attached hereto as **Exhibit 57** is a true and correct copy of a document produced by

11   Guardant Health, Inc. in this matter bearing bates number GHI00096199.

12     17.     Attached hereto as **Exhibit 58** is a true and correct copy of a document produced by

13   Guardant Health, Inc. in this matter bearing bates numbers GHI00096201-02.

14

15   I declare under penalty of perjury that the foregoing is true and correct.  Executed in New York, New

16   York on this 28th day of February, 2018.

AMANDA M. BARTLETT

Case No. C 17-03590-JSC                           SURREPLY DECLARATION OF AMANDA M. BARTLETT

# EXHIBIT 43

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---oOo---

GUARDANT HEALTH, a Delaware
corporation,

      Plaintiff,

         vs.          No. 3:17-cv-3590

FOUNDATION MEDICINE, INC., a
Delaware corporation,

      Defendant.

_____/

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF

HELMY ELTOUKHY, PH.D.

_____

(30(B)(6) DESIGNEE, GUARDANT HEALTH, INC.)

WEDNESDAY, FEBRUARY 7, 2018

REPORTED BY:  HOLLY THUMAN, CSR No. 6834, RMR, CRR

(NY-161280)





















```
 1              CERTIFICATE OF REPORTER

 2       I, HOLLY THUMAN, a Certified Shorthand

 3   Reporter, hereby certify that the witness in the

 4   foregoing deposition was by me duly sworn to tell

 5   the truth, the whole truth, and nothing but the

 6   truth in the within-entitled cause; that said

 7   deposition was taken down in shorthand by me, a

 8   disinterested person, at the time and place therein

 9   stated; and that the testimony of said witness was

10   thereafter reduced to typewriting, by computer,

11   under my direction and supervision;

12       That before completion of the deposition

13   review of the transcript [X] was [] was not

14   requested/offered.  If requested, any changes made

15   by the deponent (and provided to the reporter)

16   during the period allowed are appended hereto.

17       I further certify that I am not of counsel or

18   attorney for either or any of the parties to the

19   said deposition, nor in any way interested in the

20   event of this cause, and that I am not related to

21   any of the parties thereto.

22

23   DATED: February 8, 2018

24   _____

               HOLLY THUMAN, CSR
25
```

EXHIBIT 44

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3            SAN FRANCISCO DIVISION

4

5   GUARDANT HEALTH, INC., a
    Delaware corporation,
6
         Plaintiff/Counterclaim Defendant,
7
        vs.                          No. 3:17-cv-3590
8
    FOUNDATION MEDICINE, INC., a
9   Delaware corporation,

10       Defendant/Counterclaimant.

11   _____/

12

13            *** HIGHLY CONFIDENTIAL ***

14

15          DEPOSITION OF MARK JACOBSTEIN

16     (personally and as 30(b)(6) representative

17            of Guardant Health, Inc.)

18

19                January 29, 2018

20

21

22

23   Reported by:
     Natalie Y. Botelho
24   CSR No. 9897

25













1               CERTIFICATE OF REPORTER

2

3          I, Natalie Y. Botelho, a Certified

4    Shorthand Reporter, hereby certify that the witness

5    in the foregoing deposition was by me duly sworn to

6    tell the truth, the whole truth, and nothing but the

7    truth in the within-entitled.

8          The said deposition was taken down in

9    shorthand by me, a disinterested person, at the time

10   and place therein stated, and that the testimony of

11   said witness was thereafter reduced to typewriting,

12   by computer, under my direction and supervision;

13         That before completion of the deposition,

14   review of the transcript [ ] was|[X] was not

15   requested.  If requested, any changes made by the

16   deponent (and provided to the reporter) during the

17   period allowed are appended hereto.

18         I further certify that I am not of counsel

19   or attorney for either or any of the parties to the

20   said deposition, nor in any way interested in the

21   event of this cause, and that I am not related to

22   any of the parties thereto.

23              DATED: February 1, 2018

24              _____

25              Natalie Y. Botelho, CSR No. 9897

EXHIBIT 45



## Guardant360: Extensively validated in the lab, by leading cancer centers, and by community oncologists

Guardant360® has been the most validated comprehensive liquid biopsy since its commercial introduction in 2014. Today, after **20,000** clinical samples, Guardant Health has contributed to **7** peer-reviewed publications and more than **60** abstracts and posters at scientific conferences such as ASCO, AACR, and SABCS. Guardant360 is used by the vast majority of leading cancer centers.

### Academia

Doctors at almost all NCI comprehensive cancer centers use Guardant360. Our collaborators have extensively validated Guardant360 through their research and clinical practice, and presented their findings at conferences such as ASCO and AACR.

For a partial list of Guardant360's scientific contributions, see the reverse side.

### Community

More than half our clinical sample volume comes from community oncologists. We serve medical oncologists in 46 out of 50 states.

### Analytical, clinical validation through peer-reviewed publication

| ANALYTIC SPECIFICITY | 99.9999% |
|---|---|
| SENSITIVE DETECTION | <0.1% |
| COMMERCIAL INTRODUCTION | 2014 |



Comprehensive cancer centers

Community oncologists

### Questions to ask about any liquid biopsy

**How many doctors use this test?**

– More than 2,500 oncologists order Guardant360

**Where can I read your analytical and clinical validation study?**

– Guardant Health published this study in *PLOS ONE* in 2015

**Which biopharma companies use your test in their clinical trials?**

– Guardant Health works with nearly two dozen drug companies to power their clinical trials

**GUARDANT**HEALTH | 1.855.698.8887 client services | clientservices@guardanthealth.com | www.guardanthealth.com
TST-BRO-002 V1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

FMI00001249

# Guardant360:
# Publications and Abstracts

Circulating cell-free DNA profiling of patients with advanced urothelial carcinoma of the bladder
*ASCO 2016* Rebecca Nagy et al.

Role of genomic instability in immunotherapy with checkpoint inhibitors
*ASCO 2016* George Yaghmour et al.

Prospective evaluation of circulating cell-free DNA sequencing in patients with metastatic renal cell carcinoma treated with pazopanib plus atezolizumat
*ASCO 2016* Jim Leng et al.

Investigating the utility of comprehensive genomic profiling for patients with newly diagnosed breast cancer
*ASCO 2016* Casey B. Williams et al.

Profiling of circulating tumor ctD DNA for potentially actionable targets in prostate cancer (PCa)
*ASCO 2016* Guru Sonpavde et al.

Detection, frequency and actionability of recurrent copy number gains detected by non-invasive liquid biopsy of 3,947 lung and breast cancer samples.
*ASCO 2016* Diana Abdueva et al.

Early, molecular detection of cancer utilizing circulating cell-free DNA assay with ultra-high accuracy and sensitivity
*ASCO 2016* Stefanie Mortimer et al.

Functional characterization of VUS mutations found in patients' cell-free circulating tumor DNA (ctDNA) using Precision Cancer Analysis System (PCAS)
*ASCO 2016* Gabi Tarcic et al.

Cell-free DNA sequencing-guided therapy in a prospective clinical trial: NEXT 2 trial—A feasibility analysis
*ASCO 2016* Jeeyun Lee et al.

Plasma T790M result alters treatment options in a previously T790 wild-type EGFR-mutant patient
*Journal of Thoracic Oncology, 2016* Zofia Piotrowska, Benjamin Drapkin, Jeffrey A. Engelman, Rebecca J. Nagy, Richard B. Lanman, Lecia V. Sequist

Comparison of over 10,000 clinical NGS circulating tumor DNA profiles to tissue- derived genomic comparda
*AACR 2016* Abstract Oliver A. Zill, Kimberly C. Banks, Cayt Jackson, Stefanie Mortimer, Arthur Baca, Becky Nagy, Richard B. Lanman, Helmy Eltoukhy, AmirAli Talasaz.

Salvage MET amplification detection and therapy through cell-free DNA NGS in a progressing lung cancer patient
*AACR 2016* Abstract Nir Peled, Anna Belilovski, Lior Soussan-Gutman, Richard B. Lanman, AmirAli Talasaz

Managing metastatic breast cancer via serial monitoring with circulating cell-free tumor DNA next generation sequencing testing *AACR 2016* Abstract
Laura Austin, Rebecca Nagy, Oliver Zill, Richard B. Lanman, AmirAli Talasaz, Massimo Cristofanilli

Post-surgical resection monitoring in early stage colorectal carcinoma patients using a circulating cell-free DNA assay with ultra-high accuracy and specificity
*AACR 2016* Abstract Stefanie A. Mortimer, Katharine Dilger, Stephan Fairclough, Diana Abdueva, Darya Chudova, Ankit Sarin, Jim Leng, Jeeyun Lee3, Helmy Eltoukhy, AmirAli Talasaz

A case series of EFBB2 indel driver mutations in non-small cell lung cancer identified by cell-free circulating tumor DNA NGS
*AACR 2016* Abstract Nir Peled, Anna Belilovski-Rozenblum, Lior Soussan-Gutman, Christine Lee, AmirAli Talasaz, Richard B. Lanman.

Detection rate of actionable mutations in diverse cancers using a biopsy-free (blood) circulating tumor cell DNA assay
*Oncotarget, 2016* Maria Schwaederle, Helen Husain, Paul T. Fanta, David E. Piccioni, Santosh Kesari, Richard B. Schwab, Kimberly C. Banks, Richard B. Lanman, AmirAli Talasaz, Barbara A. Parker, Razelle Kurzrock

Detection of Activating Estrogen Receptor 1 (ESR1) in Circulating Tumor DNA (ctDNA) in Hormone-Receptor Positive Metastatic Breast Cancer (MBC)
*San Antonio Breast Cancer 2015 Symposium Abstract* L. Austin, A. Rodriguez, R. Jaslow, P. Fortina, R. Nagy, O. Zil, A. Talasaz, M. Cristofanilli

Circulating Tumor DNA (ctDNA) for Detection of Molecular Residual Disease (MRD) in Breast Cancer
*San Antonio Breast Cancer 2015 Symposium Abstract* L. Austin, R. Jaslow, P. Fortna, R. Nagy, O. Zil, A. Talasaz, M. Cristofanilli

Cell-free DNA as molecular tool for monitoring disease progression and response to therapy in breast cancer patients
*SABCS 2015* Liang DH, Patel A, Ensor JE, Patel TA, Chang JC, Rodriguez AA.

Impact of Multi Targeted Epigenetic Therapy (MTET): A Series of 100 Consecutive Advanced Solid Tumor Cancers
*AACR 2015 Molecular Targets and Cancer Therapeutics Abstract* M. A. Nezami, Steven Hager, Richard Lanman

Circulating Cell-Free DNA As a Marker For Response and Resistance to BRAF and EGFR Inhibition in BRAF-Mutated Metastatic Colorectal Cancer
*AACR 2015 Molecular Targets and Cancer Therapeutics Abstract* Van Morris, Fitic Janku, Helen Huang, Siqing Fu, Michae Overman, Sarina Piha-Paul, Vivek Subbiah, Bryan Kee, Apostolia Tsimberidou, David Fogelman, Imad Shureiqi, Shanequa Manuel, Antonio Scamardo, Richard Lanman, Nicolas Sommer, David Hong, Scott Kopetz

Next-Generation Sequencing of Biopsy-Free Circulating Tumor DNA Revealed Frequent Actionable Alterations in Advanced Hepatocellular Carcinoma
*AACR 2015 Molecular Targets and Cancer Therapeutics Abstract* Sadakatsu Ikeda, Kimberly Banks, Richard B. Lanman, Razelle Kurzrock

Differentiating Somatic and Germline Variants Using Targeted Next-Generation Sequencing (NGS) of Cell-Free Plasma DNA (ctDNA) *AACR 2015 Molecular Targets and Cancer Therapeutics Abstract* Geoffrey R. Oxnard, Adrian G. Sacher, Ryan S. Alden, Nora B. Feeney, Jennifer C. Heng, Rebecca J. Nagy, Richard B. Lanman, Cloud P. Paweletz, Pasi A. Janne

Development of EGFR C797S Mutation in Serial Liquid Biopsy Assessments in the Clinical Practice Setting
*AACR 2015 Molecular Targets and Cancer Therapeutics Abstract* Kathryn F. Mileham, Ging Jiang, Carol J. Farhangfar, Daniel E. Haggstrom, Stephen Fairclough, Oliver A. Zill, Daniel R. Carizosa, Richard B. Lanman, Edward S. Kim

Cell-free DNA (ctDNA) to Monitor Clonal Evolution in Patients with KRAS Wild-Type Metastatic Colorectal Cancer: Preliminary Results of a Phase I/II Clinical Trial of the Anti-MET Multi-Kinase Inhibitor Cabozantinib Plus the Anti-EGFR Monoclonal Antibody Panitumumab
*AACR 2015 Molecular Targets and Cancer Therapeutics Abstract* John H. Strickler, Tian Zhang, Andrew J. Armstrong, Donna Niedzwiecki, Hope E. Uronis, Michael A. Morse, S. Yousuf Zafar, Shao-Wen D. Hsu, Christy C. Arrowood, Rebecca Nagy, AmirAli Talasaz, Richard Lanman, Sherri Haley, Herbert I. Hurwitz

Genomic Profiling of Over 5,000 Consecutive Cancer Patients With a Clin-Cert Cell-Free DNA NGS Test: Analytic and Clinical Validity and Utility
*AACR 2015 Molecular Targets and Cancer Therapeutics Abstract* Kimberly C. Banks, Stefanie A. W. Mortimer, Oliver A. Zill, Richard B. Lanman, Helmy Eltoukhy, AmirAli Talasaz,

Analytical and Clinical Validation of a Digital Sequencing Panel for Quantitative, Highly Accurate Evaluation of Cell-Free Circulating Tumor DNA
*PLoS ONE, 2015* Richard B. Lanman, Stefanie A. Mortimer, Oliver A. Zill, Dragan Sebisanovic, Rene Lopez, Sibel Blau, Eric A. Collisson, Stephen G. Divers, Dave S. B. Hoon, Scott Kopetz, Jeeyun Lee, Petros Nikolinakos, Arthur M. Baca, Bahram G. Kermani, Helmy Eltoukhy, AmirAli Talasaz

A Multicenter, Open-Label Phase II Clinical Trial of Combined MEK Plus EGFR Inhibitors for Chemotherapy-Refractory Advanced Pancreatic Adenocarcinoma
*Clinical Cancer Research, 2015* Andrew H. Ko, Tanios Bekaii-Saab, Jessica van Ziffle, Olga K Mirzoeva, Nancy Joseph, AmirAli Talasaz, Peter Kuhn, Margaret A. Tempero, Eric Collisson, Robin K. Kelley, Alan Venook, Elizabeth Dito, Anna Ong, Sharvina Zyeh, Ryan Courtin, Regina Linetskaya, Sanaa Tahiri, and W. Michael Korn

Cell-Free DNA Next-Generation Sequencing in Pancreatobiliary Carcinomas
*Cancer Discovery, 2015* Oliver A. Zill, Cairo Greene,Dragan Sebisanovic, Lesmun Siew, Jim Leng,Mary Vu, Andrew E. Hendifar, Zhen Wang, Chloe E. Atreya, Robin K. Kelly, Katherine Van Loon, Andrew H. Ko, Margaret A. Tempero, Trever G. Bivona, Pamela N. Munster, Amir Ali Talasaz, Eric A. Collisson

Biopsy-free comprehensive genomic profiling of over 5,000 cancer patients using a CLIA-certified commercial cell-free DNA next-generation sequencing test.
*ASHG 2015* S. Mortimer, O. Zill, J. Vowles, H. Lopez, D. Deluboac, K. Dilger, R. Mokhtari, W. Chen, S. Bakttari, C. Jackson, T. Vo, B. Kermani, K. Banks, R. Nagy; A. Baca, R. Lanman, H. Eltoukhy, A. Talasaz

Clinical utility of a circulating cell-free DNA assay for clinical trial enrollment in refractory metastatic colorectal cancer patients
*ASCO 2015 Abstract* Van Morris, Maria P. Morelli, Michael Overman, Bryan Kee, David Fogelman, Imad Shureiqi, Christopher Garrett, Kanwal Raghav, Cathy Eng, Shanequa Manuel, Robert A. Wolff, Helmy Eltoukhy, Richard Lanman, Amir Ali Talasaz, Scott Kopetz

Prediction of clonal evolution in metastatic colorectal cancer patients *ASCO 2015 Abstract* Pia Morelli, Michael Overman, Bryan Kee, Eduardo Vilar, Van Morris, David Fogelman, Imad Shureiqi, Chris Garret, Kanwal Raghav, Cathy Eng, Shanequa Manuel, Robert A. Wolff, Dragan Sebisanovic, La Mun Siew, Aubrey Zapanta, Ben Schiller, Gangwu Mei, Helmy Eltoukhy, AmirAli Talasaz, Scott Kopetz

Analysis of cell-free circulating tumor DNA in patients with glioblastoma and other primary brain tumors
*ASCO 2015 Abstract* David Piccioni, Kimberly C Banks, Richard B Lanman, Brad Brown, Marlon Saria, AmirAli Talasaz, Sandeec C. Pingle, Santosh Kesari

Prospective clinical application of circulating cell-free DNA sequencing in metastatic colorectal cancer
*AACR 2015 Abstract* Maria Pia Morelli, Michael Overman, Eduardo Vilar, Van Morris, David Fogelman, Imad Shureiqi, Chris Garret, Raghav Kanwal, Cathy Eng, Brian Kee, Shanequa Manuel, Robert Wolff, Dragan Sebisanovic, LaMun Siew, Aubey Zapanta, Ben Shiller, Gangwu. Mei, Helmy Eltoukhy, AmirAli Talasaz, Scott Kopetz

Biopsy-free comprehensive tumor profiling of 2,000+ consecutive cancer patients using CLIA-certified commercial test and its clinical utility
*AACR 2015 Abstract* Eric Collisson, Stefanie Mortimer, Dragan Sebisanovic, Reza Mokhtari, Somayeh Bakhtari, Rene Lopez, Devi M. Gadoe, Maria M. Vdaimo, Hema Patel, Bahram G. Kermani, Helmy Eltoukhy, Richard B. Lanman, AmirAli Talasaz

Next-generation sequence analysis of cell-free DNA in patients with a nonmetastaty refractory advanced pancreatic adenocarcinoma (PDAC) treated with selumetinib (AZD6244) and erlotinib
*AACR 2015 Abstract* Andrew H. Ko, Tanios Bekaii-Saab, Ryan Courtin, Olga K. Mirzoeva, Sharvina Zyeh, Robin K. Kelley, Elizabeth Ditto, Anna Ong, Regina Linetskaya, Margaret Tempero, Alan P. Venook, AmirAli Talasaz, Wolfgang Michael Korn

Clinical utility of circulating tumor DNA (ctDNA) in advanced and metastatic breast cancer
*AACR 2015 Abstract* Laura K. Austin, Rebecca Jaslow, Tiffany Avery, Paolo Fortina, Dragan Sebisanovic, LaMun Siew, Aubrey Zapanta, AmirAli Talasaz, Massimo Cristofanilli

Concordance of circulating tumor DNA (tDNA) and next-generation sequencing (NGS) as molecular monitoring tools in metastatic breast cancer (MBC)
*AACR 2015 Abstract* Laura K. Austin, Tiffany Avery, Rebecca Jaslow, Paolo Fortina, Dragan Sebisanovic, LaMun Siew, Aubrey Zapanta, AmirAli Talasaz, Massimo Cristofanilli.

Comparison of mutational spectra in metastatic tumors and cell-free DNA in breast cancer patients
*AACR 2015 Abstract* Kara N. Maxwell, Danielle J. Scudder-Ernst, Erica L. Carpenter, Andrea B. Troxel, Christopher Colameco, Candace Clark, Michael D. Feldman, Bijai Kakrecha, Melissa Langer, Joy Lee, David A. Lewis, David Lieberman, Jennifer Morrissette, Tien-chi Pan, Stephanie S. Yee, Natalie Shin, Lewis A. Chodosh, Angela M. DeMichele.

Circulating tumor DNA (ctDNA) as a molecular monitoring tool in metastatic breast cancer (MBC)
*Journal of Clinical Oncology, 32:5s 2014 (suppl; abstr 11093)* Austin LK, Fortina P, Sebisanovic D, Siew L, Zapanta A, Talasaz A, Cristofanilli M

Frequency of concurrent gene mutations and copy number alterations in circulating cell-free DNA (ctDNA) from refractory metastatic CRC patients
*Journal of Clinical Oncology, 32:5s 2014 (suppl; abstr 11117)* Morelli MP, Overman MJ, Sanchez EV, Morris VK, Shureiqi I, Garrett C, Fogelman D, Pratap K, Raghav S, Kee BK, Zapanta A, Mei G, Schiller B, Eltoukhy H, Talasaz A, Kopetz S

Identification of multiple informative genomic mutations by deep sequencing of circulating cell-free tumor DNA in plasma of metastatic melanoma patients
*Journal of Clinical Oncology, 32:5s 2014 (suppl; abstr 9016)* Hoon DSB, Huang S, Sebisanovic D, Siew L, Zapanta A, Mortimer S, Talasaz A

Use of Guardant360 noninvasive tumor sequencing assay on 300 patients across colorectal, melanoma, lung, breast and prostate cancers and its clinical utility
*Journal of Clinical Oncology, 2014 (suppl; abstr e22041) Talasaz A, Mortimer S, Sebisanovic D, Siew L, Zapanta A, Mei G, Schiller B, Eltoukhy H*

Comprehensive non-invasive tumor sequencing: High fidelity sequencing of tumor-derived circulating cell-free DNA across 300 cancer patients
*AACR 2014 Abstract* Mortimer S, Sebisanovic D, Mei G, Schiler B, Siew L, Zapanta A, Eltoukhy H, Talasaz A

Ultra-high quality sequencing assay for comprehensive genetic panel analysis of tumor-derived circulating cell-free DNA in colorectal patients
*Journal of Clinical Oncology, 2014 (suppl 3; abstr 504)* Les J, Mortimer S, Sebisanovic D, Mei G, Siew L, Eltoukhy H, Talasaz A

Ultra-high quality sequencing assay for comprehensive genetic panel analysis of rare tumor-derived circulating cell-free DNA
*ASHG, Boston 2013* Talasaz A, Sebisanovic D, Mei G, Siew L, Eltoukhy H

Liquid biopsy-based assays to monitor residual disease in cancer
*Journal of Clinical Oncology, 2013 (suppl; abstr 11095)* Mei G, Sebisanovic D, Mir A, Guizar Z, Brooks JD, Jeffery SS, Talasaz A

**GUARDANTHEALTH** | 1.855.698.8887 client services | clientservices@guardanthealth.com | www.guardanthealth.com

EXHIBIT 46

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


GUARDANT HEALTH, INC.,
a Delaware corporation,

        Plaintiff/Counter-Defendant,

vs.                              Case No. 3:17-cv-3590

FOUNDATION MEDICINE, INC.,
a Delaware corporation,

        Defendant/Counter-Plaintiff.
---------------------------------------/




    * CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER *

VIDEOTAPED DEPOSITION OF VICTORIA WANG, M.D., Ph.D.

            San Francisco, California

            Wednesday, January 17, 2018








Reported by:
LORRIE L. MARCHANT, CSR No. 10523
                 RMR, CRR, CCRR, CRC



Job No. 135724

1          Am I correct that in Exhibit 2, the pages

2    24 through 27 are patient records of this

3    41-year-old patient?

4         A.    Correct.   Correct.

5         Q.    So this is the patient records for the

6    person described in the letter to the editor that is

7    Exhibit 3?

8         A.    Correct.

9         Q.    Okay.   Can you tell from this the number of

10   days between when the first cycle of chemotherapy

11   happened and blood was drawn for the FoundationACT

12   assay?

13        A.    No.   Because I don't have the date of this

14   medical note.

15        Q.    Which medical note?   I see dates on it.

16   I'm just -- when you say "I don't" -- what -- what

17   note?

18        A.    The date -- the date that this note was

19   written.   Because I see Cycle 1 was given on

20   June 15th.

21        Q.    Okay.

22        A.    Okay.   And I just do not know off the top

23   of my head when this note was written.

24        Q.    But if this says that Cycle 1 of the

25   chemotherapy was on June 15th, doesn't that mean it

1   was on June 15th?

2       A.   Right.   That's Cycle 1 of chemotherapy.

3   But your question is how many days from Cycle 1 of

4   chemotherapy to when FoundationACT was drawn.

5       Q.   Oh.  So you're saying you don't have the

6   date for when you drew blood for FoundationACT on

7   here?

8       A.   Right.

9       Q.   Okay.

10      A.   I believe FoundationACT was drawn on the

11  date this note was written, but there is no date of

12  the note.

13      Q.   Okay.  Could you figure that out from your

14  records?

15      A.   Yes.  Because I always put a very detailed

16  plan, and in the plan I said:

17           "Consent was obtained for tumor

18           banking and blood obtained for

19           FoundationACT."

20           So I think I drew blood on the date this

21  note was written for FoundationACT.

22      Q.   Okay.

23      A.   But the date of the note is not here.

24      Q.   The June 15 date that is listed for

25  Cycle 1, does that mean that Cycle -- the first

1        BY MR. PERLOFF:

2    Q.    Correct?

3    A.    Yes.

4    Q.    And here you indicate that certainly as of

5    July the 1st, you had drawn blood.  And I say that,

6    in the second paragraph:

7            "I just drew blood to send for FACT

8            for comparison."

9    A.    Okay.

10   Q.    Do you see that?

11   A.    Yes.

12   Q.    So presumably --

13   A.    Yes.

14   Q.    -- sometime either on the 1st or just prior

15   to the 1st --

16   A.    It's probably on July 1st, then.

17   Q.    Okay.  Well, it says "drawn today"; right?

18   A.    Okay.

19   Q.        "I drew her blood to send for

20            FACT for comparison; however, not best

21            comparison because Guardant was sent prior

22            to any treatment and FACT drawn today was

23            after one cycle of chemo" --

24   A.    Right.

25   Q.        -- "because she was so symptomatic."

```
 1      A.    Right.

 2      Q.    So that gives you a sense that the blood

 3   that you drew for the FoundationACT was drawn

 4   probably on the 1st?

 5      A.    Yes.

 6      Q.    And Siraj Ali then wrote back to you, again

 7   on the same day, July the 1st -- actually, now that

 8   I'm looking at this, do you see how his response is

 9   11:46 a.m.?

10      A.    M-hm.

11      Q.    Is that because he's on the East Coast?

12      A.    I don't know.

13      Q.    Was Siraj Ali on the East Coast?

14      A.    Well, Siraj, I believe is based in

15   Cambridge, but he travels.  And so I don't know

16   where he is at any given time.

17      Q.    Well, the reason I'm asking is if you look

18   at the sequence of e-mails --

19      A.    The timing is confusing.

20      Q.    Yes.

21      A.    Yeah, so I don't know.

22      Q.    Okay.  But do you recall -- if I'm correct,

23   then, you would have responded not four hours later,

24   but more like 40 minutes later.

25            So do you recall promptly responding to
```

 1              DEPOSITION OFFICER'S CERTIFICATE

 2              I, LORRIE L. MARCHANT, Certified Shorthand

 3    Reporter, Certificate No. 10523, for the State of

 4    California, hereby certify that VICTORIA WANG, M.D.

 5    was by me duly sworn/affirmed to testify to the

 6    truth, the whole truth and nothing but the truth in

 7    the within-entitled cause; that said deposition was

 8    taken at the time and place herein named; that the

 9    deposition is a true record of the witness's

10    testimony as reported to the best of my ability by

11    me, a duly certified shorthand reporter and a

12    disinterested person, and was thereafter transcribed

13    under my direction into typewriting by computer;

14    that request [  ] was [ X ] was not made to read and

15    correct said deposition.

16              I further certify that I am not interested

17    in the outcome of said action, nor connected with,

18    nor related to any of the parties in said action,

19    nor to their respective counsel.

20              IN WITNESS WHEREOF, I have hereunto set my

21    hand this 19th day of January, 2018.

22

23    _____
                LORRIE L. MARCHANT, RMR, CRR, CCRR, CRC
24               Certified Shorthand Reporter #10523

25

EXHIBIT 47

# EXHIBIT 47

## TO THE DECLARATION OF
## AMANDA M. BARTLETT

# To be Filed Under Seal

EXHIBIT 48

HIGHLY CONFIDENTIAL

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                       ---oOo---

4    GUARDANT HEALTH, INC.,

     a Delaware corporation,

5

              Plaintiff,

6

     vs.                              No.  3:17-cv-3590

7

     FOUNDATION MEDICINE, INC.,

8    a Delaware corporation,

9              Defendant.
     _____/

10

11

12

13              HIGHLY CONFIDENTIAL

14

15   VIDEOTAPED DEPOSITION OF PHILIP J. STEPHENS, Ph.D.

16              SAN FRANCISCO, CALIFORNIA

17            FRIDAY, FEBRUARY 16, 2018

18

19

20

21

22   BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

23        CSR LICENSE NO. 9830

24        JOB NO. 136628

25

HIGHLY CONFIDENTIAL

Page 230







HIGHLY CONFIDENTIAL

Page 233

Highly Confidential

Page 249

CERTIFICATE OF REPORTER

    1

    2

    3        I, ANDREA M. IGNACIO, hereby certify that the

    4  witness in the foregoing deposition was by me duly

    5  sworn to tell the truth, the whole truth, and nothing

    6  but the truth in the within-entitled cause;

    7        That said deposition was taken in shorthand

    8  by me, a disinterested person, at the time and place

    9  therein stated, and that the testimony of the said

   10  witness was thereafter reduced to typewriting, by

   11  computer, under my direction and supervision;

   12        That before completion of the deposition,

   13  review of the transcript [ ] was [x] was not

   14  requested.  If requested, any changes made by the

   15  deponent (and provided to the reporter) during the

   16  period allowed are appended hereto.

   17        I further certify that I am not of counsel or

   18  attorney for either or any of the parties to the said

   19  deposition, nor in any way interested in the event of

   20  this cause, and that I am not related to any of the

   21  parties thereto.

   22  Dated: 2/20/18

   23        _____

   24        ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830

   25

EXHIBIT 49

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                SAN FRANCISCO DIVISION

 4                Case No. 3:17-cv-3590

 5   - - - - - - - - - - - - - - - - - - X

 6   GUARDANT HEALTH, INC.,

 7   a Delaware corporation,

 8                         Plaintiff,

 9        v.

10   FOUNDATION MEDICINE, INC.,

11   a Delaware corporation,

12                         Defendant.

13   - - - - - - - - - - - - - - - - - - X

14     VOLUME I                        Pages 1-265

15

16       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

17    VIDEO DEPOSITION OF SIRAJ MAHAMED ALI, M.D., Ph.D.

18          Wednesday, January 24, 2018, 9:35 a.m.

19                Choate Hall & Stewart LLP

20                Two International Place

21              Boston, Massachusetts 02110

22    --- Reporter: Kimberly A. Smith, CRR, CRC, RDR ---

23             Realtime Systems Administrator

24         O'Brien & Levine Court Reporting Solutions
```

Siraj Mahamed Ali - January 24, 2018                     254
Highly Confidential - For Attorneys' Eyes Only



```
06:25:28   1
06:25:28   2
06:25:32   3
06:25:36   4
06:25:36   5
06:25:39   6
06:25:44   7
06:25:52   8
06:25:53   9
06:25:54  10
06:25:55  11
06:25:55  12
06:25:59  13
06:26:09  14
06:26:14  15
06:26:15  16
06:26:16  17
06:26:21  18
06:26:28  19
06:26:35  20
06:26:44  21
06:26:50  22
06:26:55  23          MS. BARTLETT:   Hold on one second.   Can
06:26:57  24      we get a time check?
```

| 06:32:44 | 1 |
| 06:32:48 | 2 |
| 06:32:54 | 3 |
| 06:33:02 | 4 |
| 06:33:09 | 5 |
| 06:33:10 | 6 |
| 06:33:12 | 7 |
| 06:33:16 | 8 |
| 06:33:19 | 9 |
| 06:33:23 | 10 |
| 06:33:28 | 11 |
| 06:33:31 | 12 |
| 06:33:35 | 13 |
| 06:33:39 | 14 |
| 06:33:49 | 15 |
| 06:33:53 | 16 |
| 06:33:57 | 17 |
| 06:34:00 | 18 |
| 06:34:01 | 19 |
| 06:34:03 | 20 |
| 06:34:06 | 21 |
| 06:34:06 | 22 |
| 06:34:07 | 23 |
| 06:34:16 | 24 |

Siraj Mahamed Ali – January 24, 2018                    258
Highly Confidential – For Attorneys' Eyes Only

| | |
|---|---|
| 06:34:17 | 1 |
| 06:34:20 | 2 |
| 06:34:25 | 3 |
| 06:34:29 | 4 |
| 06:34:31 | 5 |
| 06:34:35 | 6 |
| 06:34:40 | 7 |
| 06:34:40 | 8 |
| 06:34:41 | 9 |
| 06:34:46 | 10 |
| 06:34:48 | 11 |
| 06:34:50 | 12 |
| 06:34:52 | 13 |
| 06:34:53 | 14 |
| 06:34:58 | 15 |
| 06:35:01 | 16 |
| 06:35:02 | 17 |
| 06:35:04 | 18 |
| 06:35:09 | 19 |
| 06:35:13 | 20 |
| 06:35:15 | 21 |
| 06:35:15 | 22 |
| 06:35:17 | 23 |
| 06:35:22 | 24 |



Highly Confidential - For Attorneys' Eyes Only                263

```
1              C E R T I F I C A T E
2        I, Kimberly A. Smith, a Certified Realtime
3   Reporter, Certified Realtime Captioner, Registered
4   Diplomate Reporter, Realtime Systems Administrator,
5   and Notary Public in and for the Commonwealth of
6   Massachusetts, do hereby certify that the foregoing
7   deposition of SIRAJ MAHAMED ALI, M.D., Ph.D., who
8   was first duly sworn, taken at the place and on the
9   date hereinbefore set forth, was stenographically
10  reported by me and later reduced to print through
11  computer-aided transcription, and the foregoing is a
12  full and true record of the testimony given by the
13  deponent.
14       I further certify that I am a disinterested
15  person in the event or outcome of this cause of
16  action.
17       THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT
18  DOES NOT APPLY TO ANY REPRODUCTION OF THE SAME BY
19  ANY MEANS UNLESS UNDER THE DIRECT CONTROL AND/OR
20  DIRECTION OF THE CERTIFYING COURT REPORTER.
21       Signed this 30th day of January, 2018.
22       _____
23            KIMBERLY A. SMITH, CRR, CRC, RDR
24  My commission expires:  November 20, 2020
```

EXHIBIT 50

# EXHIBIT 50

## TO THE DECLARATION OF
## AMANDA M. BARTLETT

# **To be Filed Under Seal**

EXHIBIT 51



**October 2 – 4, 2018**
**Boston, MA**

HOME | ABOUT | MEDIA HUB | PARTNER | REGISTER INTEREST

ABOUT > 2017 SPEAKERS

ABOUT

2017 FULL EVENT GUIDE

2017 SPEAKERS

2017 AGENDA

2017 WORKSHOPS

# 2017 Speakers

EXPAND/COLLAPSE

### Drug Developers



**Sunita Badola**
Director, Functional Genomics
Takeda



**Carl Barrett**
Vice President, Translational Sciences, Oncology
Astrazeneca



**Christina Bender**
Director, Global Oncology, Diagnostic Pipeline Strategy
Novartis



**Jason Christiansen**
Vice President, Diagnostics
Ignyta



**Rodolphe Clerval**
Chief Business Officer & Vice President, US Operations
Enterome Bioscience



**Benoit Destenaves**
Director, Diagnostics Lead
AstraZeneca

**Emmanuelle di Tomaso**
Vice President & Head of Translational Medicine
Syros Pharmaceuticals



**Dan Dransfield**
Senior Vice President Research & Development
Siamab Therapeutics

**Jakob Dupont**
Vice President & Global Head, Breast & Gynecologic Cancer Development
Genentech

Keep **evolving** this series of meetings. Companion diagnostics are an **integral** part of cohort medicine as we continue to **progress** towards personalized medicine and World CDx is the **premier meeting** in this space.

Founder,
TMDx Consulting LLC





This website uses cookies to enhance your user experience. By using this site, you agree that we may store and access cookies on your device. For more details, please read our Cookie Policy.    Ok


**Kenneth Emancipator**
Executive Medical Director & Head of Companion Diagnostics
Merck


**Jeffrey Emch**
Biomarker & Companion Diagnostic Lead
Merck


**Sarah Hersey**
Companion Diagnostics & Precision Medicine Head
Celgene


**Peter Hoehn**
Co Diagnostics Commercial Strategy Leader
Janssen Pharmaceuticals


**Michael Kiebish**
Chief Precision Medicine Officer
BERG


**David Kaufman**
Executive Director, Translational Immuno-Oncology
Merck


**Catherine Lofton-Day**
Medical Sciences Director
Amgen


**Jennifer Mataraza**
Senior Investigator & Group Leader, Translational
& Exploratory Immuno-Oncology, NIBR


**Eric Meadows**
Research Advisor, Global Patient Outcomes & Real World Evidence,
Alzheimer's Diagnostics, Eli Lilly


**Dmitri Mikhailov**
Head, Biomarker Coordination
Novartis


**Matthew Onsum**
Director & Head of Bioinformatics
Seattle Genetics


**Jonathan Pan**
Vice President & Head of Biomarker Strategy & Development
Aevi Genomic Medicine


**Charles Paulding**
Director, Pharmacogenomics
Regeneron Pharmaceuticals


**Debra Rasmussen**
Diagnostics Leader & Senior Director, Global Regulatory Affairs
Janssen Pharmaceuticals

This website uses cookies to enhance your user experience. By using this site, you agree that we may store and access cookies on your device. For more details, please read our Cookie Policy.   Ok



**Victoria Rimkunas**
Senior Scientific Investigator
H3 Biomedicine



**Hakan Sakul**
Vice President & Head of Diagnostics,
Pfizer



**Jason Simon**
Scientific Director, Oncology Diagnostics
Janssen R&D



**Daniel Stetson**
Associate Principal Scientist
AstraZeneca



**Zhen Su**
Vice President & Head of Global Medical Affairs Oncology
EMD Serono



**Martin Tolar**
Founder, President & Chief Executive Officer
Alzheon



**Sudha Visvanathan**
Immunology & Respiratory Team Lead, Translational Medicine
& Biomarker Experts Group, Boehringer Ingelheim



**Roman Yelensky**
Executive Vice President & Chief Technology Officer
Gritstone Oncology

**Academics, Advocates & Associations**



**Jeff Allen**
President & CEO
Friends of Cancer Research



**Adam Berger**
Senior Staff Fellow, Personalized Medicine
FDA



**Chandra Branham**
Vice President, Payment and Health Care Delivery Policy
AdvaMed



**Khatereh Calleja**
Senior Vice President, Technology & Regulatory Affairs
AdvaMedDx



**Daniel Catenacci**
Associate Director, Gastrointestinal Oncology Program
The University of Chicago Medical Center

This website uses cookies to enhance your user experience. By using this site, you agree that we may store and access cookies on your device. For more details, please read our Cookie Policy.   Ok



**Philip Lerner**
Vice President & National Medical Director
Aetna



**John Longshore**
Director, Molecular Pathology, Carolinas Pathology Group
Carolinas HealthCare System



**Stuart Martin**
Professor
University of Maryland, speaking on behalf of ANGLE plc



**Bill Pignato**
Principal
W.J. Pignato & Associates



**Ferran Prat**
Vice President, Strategic Industry Ventures
MD Anderson Cancer Center



**Joshua Xu**
Principal Investigator, National Center for Toxicological Research (NCTR)
FDA

### Diagnostic & Technology Developers



**Steve Anderson**
CSO
Covance



**Jason DeLoach**
International Product Manager, CDx
Ventana Companion Diagnostics



**Dan Edelstein**
Director, Clinical Marketing & New Technology
Sysmex Inostics



**Eric Faulkner**
Vice President, Precision & Transformative Technology Solutions
Evidera



**Jim Godsey**
Vice President, R&D, Clinical Sequencing Division
Thermo Fisher Scientific



**Karen Gutekunst**
Vice President, Diagnostic Development
Illumina



**Kalyan Handique**
Chief Executive Officer & President
Celsee Diagnostics

This website uses cookies to enhance your user experience. By using this site, you agree that we may store and access cookies on your device. For more details, please read our Cookie Policy.   Ok


**Keith Hanigan**
Vice President, Integrated Oncology
LabCorp


**Debra Hanks**
Chief Pathologist, CDx Histopathology
Agilent Technologies


**Claire Huguet**
Head, Biomarker Services
Randox


**Patrick Hurban**
Senior Director & Global Head, Translational Sciences
Q2 Solutions


**David Kern**
Senior Director, Regulatory Affairs
Illumina


**Joseph Krueger**
Chief Scientific Officer
Flagship Biosciences


**Hannah Mamuszka**
CEO
ALVA 10


**Dawn McHugh**
Vice President, Business Development, Personalized Diagnostics
Corgenix


**Matthew McManus**
CEO
Asuragen


**Susanne Munksted**
Director, Global Commercial Alliances, Companion Diagnostics
Agilent Technologies


**Michael Natan**
CEO
Ultivue


**Bill Powell**
Senior Director, CDx Development
Leica Biosystems


**Scott Reid**
Director, Strategic Accounts & Companion Diagnostics
NeoGenomics Laboratories

**Mark Roberts**
Senior Director, Diagnostics Development
Covance

This website uses cookies to enhance your user experience. By using this site, you agree that we may store and access cookies on your device. For more details, please read our Cookie Policy.   Ok



**Christophe Roos**
Chief Scientific Officer
Euformatics, speaking on behalf of Horizon Discovery



**Craig Shimasaki**
President & CEO
Moleculera Labs



**Bob Silverman**
Head of Externalized Drug Discovery Partnering
Roche



**Elodie Sollier**
Chief Scientific Officer
Vortex Biosciences



**Vishal Sikri**
US General Manager
Biocartis



**John Simmons**
Director, Translational Sciences & Diagnostics
Personal Genome Diagnostics



**Daniel Simon**
Vice President, Pharma Business Development
Guardant Health



**Dan Snyder**
President & Chief Executive Officer
Molecular MD



**Steen Thaarup**
Business Development Manager, Pharma
Unilabs



**Tom Turi**
Vice President, Companion Diagnostics
Covance



**Katarina Wikstrom**
Director, US Operations
Almac Diagnostics



**Jay Wohlgemuth**
Senior Vice President & Chief Medical Officer, R&D, Medical & Employee Health
Quest Diagnostics

NEXT PAGE: 2017 AGENDA                                    CLICK HERE >

This website uses cookies to enhance your user experience. By using this site, you agree that we may store and access cookies on your device for more details, please read our Cookie Policy.    Ok

Case 3:17-cv-03590-JSC   Document 147-1   Filed 03/01/18   Page 64 of 85

**OUR CONTACT DETAILS**

T: West Coast:
+ 1 415 735 3289
T: East Coast:
+1 617 455 4188
E: info@world-cdx.com

**VENUE DETAILS**

Venue for 2018 to be confirmed
MA, USA

**ABOUT US**

Hanson Wade's goal is to accelerate
progress within organisations and across
industries. Our primary method for
achieving this is by creating exclusive
business conferences that gather together
the world's smartest thinkers and doers.

**LOCATION**



**SEARCH**

ORGANISED BY

© Copyright 2018 Hanson Wade | Design and site by Event Engine | Hanson Wade Limited is registered in England & Wales, number 06752216.
Registered Office: Suite A, 6 Honduras Street, London EC1Y 0TH.

This website uses cookies to enhance your user experience. By using this site, you agree that we may store and access cookies on your device. For more
details, please read our Cookie Policy.   Ok

EXHIBIT 52

# EXHIBIT 52

## TO THE DECLARATION OF
## AMANDA M. BARTLETT

# To be Filed Under Seal

EXHIBIT 53

## Specification Sheet
Biopsy-Free cancer management with a simple blood test



Guardant360® detects circulating tumor DNA (ctDNA) in blood specimens of advanced solid-tumor cancer patients. It identifies all actionable somatic genomic targets recommended by leading guidelines with a single blood draw. Guardant360's proprietary Digital Sequencing method nearly eliminates false positives.

– Complete sequencing of covered exons across 73 genes. Detects all four major classes of alterations including point mutations (SNVs), amplifications (CNAs), fusions, and indels relevant for patient care.

– Reports associated targeted treatment options including approved therapies and late stage clinical trials.

– Compared to other liquid biopsies, Guardant360 has more peer-reviewed publications, including clinical outcome studies.[†] Unlike tissue-based tests, Guardant360 allows for non-invasive comprehensive tumor genotyping in advanced cancer patients.

### Indications for use
Guardant360 is recommended for the following indications

– Advanced cancer patients requiring more complete genotyping
– Tissue biopsy is not sufficient in quantity or quality, or tissue is unobtainable at diagnosis or progression
– Progression of cancer as documented by functional status, imaging, or tumor markers
– Archived tissue older than 6 months
– One or more lines of therapy or intervention since last biopsy

Other use cases

– Time to treatment is critical and decision needed in 2 weeks or less
– Patient prefers non-invasive genomic profiling or unwilling to submit to invasive biopsies

### Not indicated for use

– Hematologic malignancy
– Early stage solid tumor cancer (Stage I-II)
– Stable disease
– If possible, avoid testing during a cycle of chemo or radiation therapy

### Specifications
Sample specifications

| Sample type and volume | Two 10 mL tubes of whole blood |
| --- | --- |
| Storage and Shipping conditions | Store up to overnight, and ship same or next day at room temperature |

Guardant360 test specifications

| Informed consent required | Yes |
| --- | --- |
| Requisition required | Yes |
| Methodology | Digital next-generation DNA sequencing |
| Test turnaround time | ≤2 weeks from sample receipt to results |
| Genes tested | 73 genes (see gene list). |
| Alterations reported | Point mutations (SNVs), amplifications (CNAs), fusions, and indels |

| Alterations | Reportable Range | Allelic Fraction/Copy Number | Analytical Sensitivity | PPV* |
| --- | --- | --- | --- | --- |
| SNVs | ≥0.04% | >0.25% | >99.9% | 99.6% |
| | | 0.05-0.25% | 63.8% | 92.1% |
| Indels | ≥0.02% | >0.25% | >99.9% | 98.0% |
| | | 0.05-0.25% | 67.8% | 88.4% |
| Fusions | ≥0.04% | ≥0.3% | 100% | 100% |
| | | <0.3% | 83.0% | 100% |
| CNAs | ≥2.12 copies | 2.3 copies** | 95.0% | 100% |

Based on cell-free DNA input of ≥30 ng in patient samples. Analytical sensitivity cited above are for targeted, clinically important regions. Sensitivity outside these regions or in highly repetitive sequence contexts may vary.
*Over entire genomic reportable range of Guardant360 test. **Equivalent to 5% tumor fraction and 8 ERBB2 (HER2) gene copies in tumor. Copy number sensitivity may vary with other genes (2.28 - 2.49 copies).

### Complete Sequencing of Covered Exons*

73 GENES | Fusions | Indels | CNAs | SNVs

| Point Mutations (SNVs) (73 Genes) | | | | | | Indels (23 Genes) | | Amplifications (18 Genes) | | Fusions (6 Genes) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| AKT1 | ALK | APC | AR | ARAF | ARID1A | ATM | ATM | APC | AR | BRAF | ALK |
| BRAF | BRCA1 | BRCA2 | CCND1 | CCND2 | CCNE1 | CDH1 | ARID1A | BRCA1 | CCND1 | CCND2 | FGFR2 |
| CDK4 | CDK6 | CDKN2A | CTNNB1 | DDR2 | EGFR | ERBB2 (HER2) | BRCA2 | CDH1 | CCNE1 | CDK4 | FGFR3 |
| ESR1 | EZH2 | FBXW7 | FGFR1 | FGFR2 | FGFR3 | GATA3 | CDKN2A | EGFR | CDK6 | EGFR | NTRK1 |
| GNA11 | GNAQ | GNAS | HNF1A | HRAS | IDH1 | IDH2 | ERBB2 | GATA3 | ERBB2 | FGFR1 | RET |
| JAK2 | JAK3 | KIT | KRAS | MAP2K1/MEK1 | MAP2K2/MEK2 | MAPK1/ERK2 | KIT | MET | FGFR2 | KIT | ROS1 |
| MAPK3/ERK1 | MET | MLH1 | MPL | MTOR | MYC | NF1 | MLH1 | MTOR | KRAS | MET | |
| NFE2L2 | NOTCH1 | NPM1 | NRAS | NTRK1 | NTRK3 | PDGFRA | NF1 | PDGFRA | MYC | PDGFRA | |
| PIK3CA | PTEN | PTPN11 | RAF1 | RB1 | RET | RHEB | PTEN | RB1 | PIK3CA | RAF1 | |
| RHOA | RIT1 | ROS1 | SMAD4 | SMO | STK11 | TERT** | SMAD4 | STK11 | | | |
| TP53 | TSC1 | VHL | | | | | TP53 | TSC1 | | | |
| | | | | | | | VHL | | | | |

[†] Available upon request.     *Exons selected to maximize detection of known somatic mutations. List available upon request.     ** includes TERT promoter region

GUARDANTHEALTH | 1.855.698.8887 client services | clientservices@guardanthealth.com | www.guardanthealth.com

## Guardant360 is clinically accurate[1-6]

### >90% Concordance with Matched Tissue[5]

In samples from advanced NSCLC patients taken within 6 months.



Tumors evolve over time

### Accurate, even at low mutant allele fraction (MAF)[6]

Over half of alterations detected in patients by Guardant360 are below 0.4% MAF. In 398 patients with matched tissue sequencing results, across common driver mutations, Guardant360's PPV was 94%-100%, and remained high (94.5%) even for low MAF alterations (<0.5% MAF).



Truncal Driver Mutations

## Guardant360 has broad utility and proven clinical actionability

### Highlights of NEXT-2 NSCLC prospective outcome study performed at Samsung Medical Center[7]

**193** Patients tested with Guardant360

**88%** Response rate of NSCLC patients (RECIST)

**60%** Response rate of Gastric cancer patients (RECIST)

### Highlights of NSCLC prospective outcome study performed at the University of Pennsylvania Perelman School of Medicine[5]

**102** Patients tested with Guardant360

**51%** Patients for whom tissue sequencing could not be performed

**8 of 10** Patients without tissue samples for whom Guardant360 detected an *EGFR* T790M mutation (ie. rescued patients)

**31%** Patients in whom Guardant360 detected alterations associated with FDA-Approved, on-label therapies

### Clinical Detection Rate by Cancer Type[8]

0%  10%  20%  30%  40%  50%  60%  70%  80%  90%  100%

CUP
Bladder
Ovarian
NSCLC
Cholangio
Prostate
Lung Adeno
Colorectal
Pancreatic
Gastric
Breast
Melanoma
Glioblastoma
Average across cancer type–85%

Based on 5,000 clinical samples




**REFERENCES** 1. Lanman RB, et al. PloS One. 2015;10(10):e0140712 | 2. Kim ST, et al. Oncotarget. 2015 Oct 5 | 3. Zill OA, et al. Cancer Discov. 2015 Jun 24 | 4. Ko AH, et al. Clin Cancer Res Off J Am Assoc Cancer Res. 2015 Aug 6 | 5. Thompson, et al. Clin Cancer Res. September 2016 doi 10.1158/1078-0432. CCR-16-1231 | 6. Zill OA, et al. J Clin Oncol 34, 2016 (suppl; abstr LBA11501) | 7. Kim ST, et al. J Clin Oncol 33, 2015 (suppl; abstr e12540). | 8. Guardant Health Database 2016.

**GUARDANT**HEALTH | 1.855.698.8887 client services | clientservices@guardanthealth.com | www.guardanthealth.com

TST-BRO-027 V4

GHI00037502

EXHIBIT 54

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Case No. 3:17-cv-3590

- - - - - - - - - - - - - - - - - - X

GUARDANT HEALTH, INC.,

a Delaware corporation,

Plaintiff,

v.

FOUNDATION MEDICINE, INC.,

a Delaware corporation,

Defendant.

- - - - - - - - - - - - - - - - - - X

VOLUME I                          Pages 1-258


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEO DEPOSITION OF GARRETT MICHAEL FRAMPTON, Ph.D.

Friday, January 26, 2018, 9:42 a.m.

Choate Hall & Stewart LLP

Two International Place

Boston, Massachusetts 02110

--- Reporter: Kimberly A. Smith, CRR, CRC, RDR ---

Realtime Systems Administrator

O'Brien & Levine Court Reporting Solutions



|          |    |                                                      |
|----------|----|------------------------------------------------------|
| 12:43:58 | 1  |                                                      |
| 12:44:01 | 2  |                                                      |
| 12:44:05 | 3  |                                                      |
| 12:44:08 | 4  |                                                      |
| 12:44:13 | 5  |                                                      |
| 12:44:16 | 6  |                                                      |
| 12:44:21 | 7  | Q.  One thing.  Was Foundation Medicine CLIA         |
| 12:44:26 | 8  | certified at the time of commercial launch?          |
| 12:44:29 | 9  | A.  I believe so.                                    |
| 12:44:30 | 10 | Q.  My understanding is that in order to get a       |
| 12:44:34 | 11 | CLIA certification for a test, the laboratory has to |
| 12:44:42 | 12 | provide the certifying agency data that validates    |
| 12:44:47 | 13 | the endpoints that are going to be reported by that  |
| 12:44:50 | 14 | diagnostic test.                                     |
| 12:44:51 | 15 | Is that generally your understanding too?            |
| 12:44:53 | 16 | A.  With respect to CLIA validation, the bar is      |
| 12:44:59 | 17 | extremely low.  And the amount of work and results   |
| 12:45:07 | 18 | that are required to receive CLIA validation is      |
| 12:45:14 | 19 | quite minimal and, in my opinion, insufficient with  |
| 12:45:18 | 20 | regard to a complicated cancer genomic profiling     |
| 12:45:23 | 21 | test to consider it validated.                       |
| 12:45:25 | 22 | But that's a -- "validated" is a word                |
| 12:45:28 | 23 | that has no -- you know, no agreed-upon definition.   |
| 12:45:34 | 24 | Q.  But is it your understanding that at least       |

12:45:43  1   from -- Well, does CLIA refer to it as validation?

12:45:46  2        A.  Sure, yes.

12:45:48  3        Q.  So is it at least your understanding that

12:45:50  4   from the --

12:45:52  5        A.  I mean, that is an aspect of what they

12:45:54  6   certify.

12:45:55  7        Q.  Right.  And so to have a clean question and

12:45:58  8   answer, is it your understanding that in order to

12:46:00  9   get CLIA certification for, let's say, FoundationOne,

12:46:08 10   Foundation Medicine had to provide CLIA with

12:46:14 11   sufficient data that CLIA felt that that assay was

12:46:21 12   validated for each of the points that it would report

12:46:25 13   upon?

12:46:25 14        A.  I'm not sure, no.  I -- Probably not.

12:46:38 15

12:46:45 16

12:46:48 17

12:46:52 18

12:46:55 19

12:46:58 20

12:47:08 21

12:47:14 22

12:47:16 23

12:47:23 24

03:59:19  1            Does that happen at Foundation Medicine,

03:59:23  2   where because performance of an assay is

03:59:26  3   disappointing, you're involved in helping to make

03:59:29  4   improvements?

03:59:30  5            MR. FEIGELSON:  Object to form.

03:59:30  6            THE WITNESS:  Myself personally?

03:59:33  7   BY MR. PERLOFF:

03:59:33  8      Q.  Well, I guess anybody at FMI, but including

03:59:36  9   yourself.

03:59:36  10     A.  So --

03:59:37  11           MR. FEIGELSON:  Object to form.

03:59:40  12           THE WITNESS:  Sorry.  Can you -- can you

03:59:42  13  just restate.

03:59:45  14  BY MR. PERLOFF:

03:59:45  15     Q.  Sure.  Have you ever been asked at FMI to

03:59:59  16  help work on improvements to any of its assays

04:00:08  17  because the current performance of the assay was

04:00:12  18  below expectation or not as good as FMI wanted it to

04:00:16  19  be?

04:00:16  20     A.  FMI wants its tests to be as absolutely

04:00:24  21  good as is humanly possible.  And we're constantly

04:00:30  22  working to improve our tests.

04:00:31  23     Q.  Have you been worked -- Have you worked at

04:00:33  24  all on helping to improve FoundationACT?

1                   C E R T I F I C A T E

2       I, Kimberly A. Smith, a Certified Realtime

3  Reporter, Certified Realtime Captioner, Registered

4  Diplomate Reporter, Realtime Systems Administrator,

5  and Notary Public in and for the Commonwealth of

6  Massachusetts, do hereby certify that the foregoing

7  deposition of GARRETT MICHAEL FRAMPTON, Ph.D., who

8  was first duly sworn, taken at the place and on the

9  date hereinbefore set forth, was stenographically

10  reported by me and later reduced to print through

11  computer-aided transcription, and the foregoing is a

12  full and true record of the testimony given by the

13  deponent.

14       I further certify that I am a disinterested

15  person in the event or outcome of this cause of

16  action.

17       THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT

18  DOES NOT APPLY TO ANY REPRODUCTION OF THE SAME BY

19  ANY MEANS UNLESS UNDER THE DIRECT CONTROL AND/OR

20  DIRECTION OF THE CERTIFYING COURT REPORTER.

21       Signed this 2nd day of February, 2018.

22       _____

23            KIMBERLY A. SMITH, CRR, CRC, RDR

24  My commission expires:  November 20, 2020

EXHIBIT 55

Message

| | |
|---|---|
| **From:** | Annie Murphy [/O=FOUNDATION MEDICINE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ANNE MURPHY282] |
| **Sent:** | 1/8/2016 4:43:33 PM |
| **To:** | Garrett Frampton [/O=FOUNDATION MEDICINE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Garrett Frampton788]; Travis Clark [/O=FOUNDATION MEDICINE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Travis Clark7d1]; Mark Kennedy [/O=FOUNDATION MEDICINE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Mark Kennedyb23]; Ramya Maddilate [/O=FOUNDATION MEDICINE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Ramya Maddilatea0a] |
| **Subject:** | Re: [Update] FoundationACT market requirements |
| **Attachments:** | FACT v. Guardant 1-pager.docx |

[Removed Matt, Geoff and Elaine]

Hi all,

Following up with this group regarding points 2 and 3 below. For launch, I would like to have a 1-pager which compares the attributes of our assay vs. Guardant360. The piece will incorporate the information available to us at launch and, therefore, will not be a true head to head. It is my expectation that we will conduct a true head to head post-launch. We should construct the 1-pager in a way that highlights our points of superiority in an objective way that is difficult for Guardant to combat and sets up the true H2H down the road. You may be thinking that it makes more sense to wait on a FACT v. G360 1-pager until we have true head to head data, but we expect Guardant to come directly at us in February and need to be prepared to pre-empt.

I propose we meet early next week to discuss the attached strawman with the goal of finalizing the piece for internal circulation by next Friday. Recognizing that everyone is busy, I would like to do this in the most efficient way possible. Travis/Mark, if you would like to flip a coin and decide who attends, that is fine. If you prefer that Garrett, Ramya and I take the first crack and send to you for edits, that's fine too.

Thanks in advance,
Annie

---

**From:** Garrett Frampton
**Date:** Wednesday, December 16, 2015 at 2:24 PM
**To:** Anne Murphy, Travis Clark, Mark Kennedy, Ramya Maddilate
**Cc:** Matt Franklin, Geoff Otto, Elaine Labrecque
**Subject:** RE: [Update] FoundationACT market requirements

For me a few other take away items were;

1) <!--[if !supportLists]--><!--[endif]-->We should market the excellence and experience of Foundation Medicine as an organization as a major differentiator of our ctDNA test.
2) <!--[if !supportLists]--><!--[endif]-->We should put together a technical document comparing Guardant's validation study to the study that we perform.
3) <!--[if !supportLists]--><!--[endif]-->We should strongly consider and plan for a head-to-head comparison of Guardant360 versus FoundationACT.

-Garrett

---

**From:** Annie Murphy
**Sent:** Wednesday, December 16, 2015 2:05 PM
**To:** Travis Clark; Mark Kennedy; Garrett Frampton; Ramya Maddilate

FMI00087352

**Cc:** Matt Franklin; Geoff Otto; Elaine Labrecque
**Subject:** [Update] FoundationACT market requirements

Hi team,

Thanks for meeting this morning to identify our "competitive hooks" against Guardant (slides attached). Our first task was to confirm the product criteria required for the clinical market. We determined as a team that the current product is the right product for the clinical market. While customers may claim they would be satisfied with a lower spec than ours and are happy with Guardant, a lower quality assay, it is in the best interest of patients to maintain our high standards for FoundationACT. As we gain experience in the market and expand our data set of cases, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ but we are not comfortable making such a decision at this point in time.

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉ The team determined that this goal can be achieved in ways. ▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉ No doubt, this will be the topic of further discussion, we can move forward toward February 15th knowing that the requirements for the clinical product will remain unchanged.

If I've mischaracterized anything from our meeting, please let the team know and please reach out with any additional questions.

Thanks,
Annie

--
**Annie Murphy**
**Associate Director, Marketing | Foundation Medicine, Inc.**
**10 Canal Park, 2nd Floor | Cambridge, MA 02141**
203.450.1061 mobile | 617.418.2200  office
amurphy@foundationmedicine.com | www.foundationmedicine.com

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 56



"Our validation studies" video with Dr. Lanman

Video available at http://guardanthealth.com/guardant360/ (last visited December 22, 2017) and https://vimeo.com/149365747 (last visited December 22, 2017):

0:01   We're very excited that our validation studies for the Guardant360 test have now come out in the scientific journal PLOS One.

0:09   The fundamental finding in this paper is a comparison of the simple non-invasive blood test doing next-gen sequencing on 165 samples from patients with advanced solid tumor cancers of a wide variety compared to tissue; tissue-based next-gen sequencing.

0:26   Samples were collected at UC San Francisco, MD Anderson Cancer Center, John Wayne Cancer Institute, Samsung Medical Center in Seoul, Korea, and from two large community-based health care systems, one in Georgia and one in Washington State.

0:41   So this multi-center study found that, number one, the Guardant360 test has exquisite sensitivity.  We can detect small bits of circulating tumor DNA that have been shed by your tumor into your blood down to a single molecule or two in a 10 ML tube of blood.  This is equivalent to a 0.1% or 1 in 1,000 parts mutant allele fraction.

1:04   The method it uses digital sequencing, where first we label the mutated DNA that we isolate from the blood sample.  We label it with seven nucleotide tags; heptameric oligonucleotide descriptors. It's like barcoding the DNA.  So imagine circulating cell-free DNA, about 167 bases long, double stranded.  Each strand, each complementary strand, labeled separately.  All of that gets sequenced.

1:32   Post sequencing, if one of those two strands has picked up a false positive and the two strands don't match any more, because of their labels, we know which strand goes with which strand, we can use algorithms to clean up the false positives.

1:45    The results is the best specificity of any next-gen sequencing or NGS method—
        not just blood-based NGS—but even tissue-based NGS.  It's greater than
        99.9999% specificity.

1:59    Now, the sensitivity is imperfect.  It's high, but it's imperfect.  This is because all
        tumors don't release their DNA into blood.  So although we can detect a single
        molecule or two of mutated DNA in a 10 ML tube of blood, some of these
        tumors, even the advanced ones, may not release.

2:17    So, blood versus tissue?  85% sensitivity for Guardant360.  The other fascinating
        finding was, when we looked at how did tissue next-gen sequencing perform
        versus the blood test, the tissue test missed 20% of the mutations that we found
        with the blood.

2:32    Now, why is that?  That's because needle biopsies of deep cancers are limited by
        tumor heterogeneity.  These tumors are multi-clonal.  The needle biopsy can't
        possibly capture all the clones.  Even if I surgically remove the lesion, there may
        be multiple lesions in metastatic cancers, and as we know now, these different
        clones in different metastases have different genomic signatures.

2:57    The blood test may act as a summary for all parts of a tumor and all metastases of
        a tumor.  Which test would you use first?  At progression, I would use the non-
        invasive test first.  You're going to get a result in two weeks.  If nothing is
        detected, by all means do the tissue biopsy.

3:14    On the first 1,000 Guardant360 tests run in actual clinical practice, the test almost
        never fails.  There was a 99.8% pass rate.  This contrasts with a 20-25% failure
        rate with tissue-based sequencing because you get a note back, there wasn't
        enough tissue to sequence, there weren't enough tumor cells on the slides, please
        reschedule a repeat biopsy.

3:38    Finally, when we compared the two methods, blood-based next generation
        sequencing to tissue-based sequencing for the genes in the Guardant360 panel,
        both tests had equivalent diagnostic accuracy, 99.399% plus diagnostic accuracy.

3:55    So, both tests highly accurate.  Both tests with near perfect specificity.  Both with
        high sensitivity, but imperfect.  But one, only one of the two tests non-invasive.
        That's the difference between tissue-based sequencing and plasma-based digital
        sequencing with Guardant360.

4:14    To find all of our validation studies, please visit GuardantHealth.com forward-
        slash ourscience.

# EXHIBIT 57

# EXHIBIT 57

## TO THE DECLARATION OF
## AMANDA M. BARTLETT

# To be Filed Under Seal

# EXHIBIT 58

# EXHIBIT 58

## TO THE DECLARATION OF AMANDA M. BARTLETT

# To be Filed Under Seal